

**HAZELTINE CORPORATION, Plaintiff-Appellee, v. E. A. WILDERMUTH, Defendant-Appellant.**

No. 278.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Charles Neave, of New York City, for appellant.

William H. Davis, Willis H. Taylor, Jr., and R. Morton Adams, all of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

**JOSEPH ELIAS & COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 160.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Morris D. Kopple, of New York City (Herbert D. Cohen, of New York City, of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and John MacC. Hudson and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Stanley Suydam, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

**JOY CHEMICAL COMPANY, Plaintiff-Appellant, v. William D. MOSS, Supervisor of Permits, Second District, James M. Doran, Commissioner of Industrial Alcohol of the United States, and Andrew W. Mellon, Secretary of the Treasury of the United States, Defendants-Appellees.**

No. 222.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

Charles Dickerman Williams and John Fletcher Caskey, both of New York City, for appellant.

Robert E. Manley, Acting U. S. Atty., of New York City (U. S. Grant, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**KRAEMER HOSIERY COMPANY et al. v. DICKSON–IVES COMPANY, Alleged Bankrupt et al.**

No. 6017.

Circuit Court of Appeals, Fifth Circuit.

March 6, 1931.

Claude L. Gray and John Tilden, both of Orlando, Fla., for appellants.

T. Picton Warlow, Le Roy B. Giles, J. Thomas Gurney, and John G. Baker, all of Orlando, Fla., and Franklin N. Wood, of Daytona Beach, Fla., for appellees.

PER CURIAM.

In the above numbered and entitled cause, come the appellees, by their respective counsel, and confess that in the record and proceedings of the court below there is reversible error. Because of said error so confessed, it is ordered, adjudged, and decreed that the decree of the said District Court in said cause be, and the same is, reversed, and that said